UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDER ASSOC., INC.,

    Plaintiff,

v.

PARKWAY PRODUCTS, LLC,

    Defendant.
_____/

Case No. 17-cv-10462
Hon. Matthew F. Leitman

### ORDER (1) DIRECTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND (2) TERMINATING DEFENDANT'S MOTION TO DISMISS (ECF #6) AS MOOT

On February 13, 2017, Plaintiff Alexander Associates, Inc. filed a Complaint in this Court against Defendant Parkway Products, LLC. (*See* Compl., ECF #1.) On April 18, 2017, Parkway moved to dismiss the Complaint. (*See* ECF #6.) Alexander Associates filed a response (*see* ECF #8) and Parkway filed a reply (*see* ECF #9).

The Court held an on-the-record telephonic status conference regarding Parkway's motion to dismiss on August 24, 2017. (*See* ECF #11.) For the reasons stated on the record during the conference, **IT IS HEREBY ORDERED** as follows:

1. Alexander Associates shall file a First Amended Complaint by no later than September 14, 2017.

2. Parkway shall respond to the First Amended Complaint by no later than October 5, 2017.

1

3. In light of the forthcoming First Amended Complaint, Parkway's motion to dismiss is **TERMINATED AS MOOT**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 25, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764